# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sportbrain Holdings LLC

                     Plaintiff,

v.                                     Case No.: 1:16–cv–04186

                                       Honorable Thomas M. Durkin

Motorola Mobility LLC

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

        MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of dismissal, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The 9/5/2018 status hearing is vacatd. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.